# United States District Court
CENTRAL DISTRICT OF ILLINOIS

MAY 0 9 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Jared M. Staake, )
)
Plaintiff )
)
vs. )  Case No. _____
)  *(The case number will be assigned by the clerk)*
Sangamon Co. Sheriff's Dep't. )
John Doe #1 (Jail Administrator) )
John Doe #2 (Jail Administrator) )
Officer Banks )
_____, )
)
Defendant(s) )

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[X] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[X] Other federal law: Americans with Disabilities Act

[ ] Unknown _____

*****Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Jared M. Staake

Prison Identification Number: #137853

Current address: Sangamon County Detention Facility #1 Sheriff's Plaza, Springfield, Illinois 62701

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1: Sangamon County Sheriff's Department ("Monell" claim)

Full Name:

Current Job Title: Sheriff

Current Work Address #1 Sheriff's Plaza Springfield, Illinois 62701

Defendant #2:

Full Name: John Doe #1 (Jail Administrator)

Current Job Title: Jail Administrator

Current Work Address #1 Sheriff's Plaza Springfield, Illinois 62701

Defendant #3:

Full Name: John Doe #2 (Jail Administrator)

2

Current Job Title: Jail Administrator

Current Work Address: #1 Sheriff's Plaza Springfield, Illinois 62701

Defendant #4:

Full Name: Officer Banks

Current Job Title: Jailer or Correction Officer

Current Work Address: #1 Sheriff's Plaza Springfield, Illinois 62701

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☒

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒   No ☐

3

C. If your answer to B is yes, how many? __2__ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number (1) Staake v. Williams, N.D.Ill. # 14-CV-??? and (2) Staake v. Daudy C.D.Ill. #18-CV-???
2. Basic claim made (1) living conditions and medical care and (2) 1st Amend. mail handling
3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) (1) Settlement and (2) voluntary dismissal

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes [X]   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes [X]   No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?   Yes [X]   No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___Sangamon County Detention Facility___

Date(s) of the occurrence ___March 2023 and ongoing___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Count I
Sangamon County Sheriff's Department Fails to Provide the Requisite Mental Healthcare to Its Inmate Population that Meets Minimal Constitutional Standards, Deliberately and Indifferently; In Violation of the Eighth and Fourteenth Amendments.

and

Count II
Sangamon County Sheriff's Department Deliberately and Indifferently Fails to Reasonably Accommodate Its Disabled (Mentally Ill) Subjugants; In Violation of Title II of the Americans With Disabilities Act.

Plaintiff, Jared M. Staake, has a lengthy and well documented history of Mental healthcare ("MH") and psychiatric treatment. Staake lost both his parents at a young age and was orphaned. As a child, Staake was deemed Emotionally Disturbed Clinically and diagnosed with cognative and behavior disabilities. Staake is also diagnosed with ADD (now ADHD), servere depression and anxiety disorder. Staake has been subscribed a plethora of psychitropic medication to treat or manage his disorders over the years and is clinically deemed "Seriously Mentally Ill" ("SMI").

On or about March 22, 2023, Staake was charged with various State crimes and jailed in the Sangamon County Detention Facility ("Jail"). Upon experiencing severe anxiety, depression and suicidal thoughts, he notified Officer Votava and Officer March of his mental condition multiple times and unequivocally requested MH services. Staake was then placed in a two-man cell with approximately 10-12 other arrestees. Staake's palms and feet sweat, his chest pained, heart pounded and became light-headed. Staake lacked the apitite to eat his dinner, could not form rational thoughts, nor form complete sentences. Staake contemplated ways to take his own life. Staake again explained his condition to Officer Votava to no avail.

6

Everyday from March 22, 2023 to April 1st, 2023, Staake asked each staff member that he seen for MH care to no avail. On April 1st, 2023, Staake lost his best friend, Seth Jerret, at age 33. News of his best friends death severely affected an already disturbed Staake. Staake actively sought mechanisms to hurt himself, until his @ roommate, Jordan, encouraged him against self destructive behavior.

On or about April 2nd, 2023, Staake formally grieved (#11031 7239) the lack of Mental health services. On April 3rd, 2023, Staake received a grievance response stating, MH "is not here everyday." That same day, April 3rd, 2023, Staake advised Officer D. Metz of his conditions and unequivocally requested MH treatment.

On April 5th, 2023, Staake briefly spoke to Mental Health Professional ("MHP") Amber in passing with other inmates in earshot. She stated that MH is not available everyday, and that includes some weekdays. MHP Amber further stated she is understaffed and over exhausted. She confessed that it is not possible to timely tend to the jails MH needs because jail administration, fully advised by her of the MH defficiencies, has failed to hire or appropriate necessary resources. MHP Amber stated that it is only her and another part-time MHP, paige, for the entire metropolitan Jail.

7

On April 8, 2023, Staake again filed a formal grievance (#11035083) regarding the lack of MH services in the jail.

On April 11, 2023, Staake finally spoke to part-time MHP Paige in private regarding his MH issues. MHP Paige confirmed MHP Amber's statements regarding the known understaffing and over exhausion. MHP Paige stated her and MHP Amber alone cannot adequately satisfy the jails MH needs because underresourcing and understaffing. Upon Staake's hard inquiry of the sheriff and jail administrations knowledge of the defficiencies MHP said with a smile, "of course they're aware." She explained they reluctantly hired her six months earlier, and both her and MHP Amber have continuously advocated for the jail administrators to remedy the MH defficiencies. To compare, MHP Paige explained she had been employed in other less populated jails and her alone could provide sufficient staffing for her qualified position. However, the population of those other jails are less then 40 inmates total, not in the hundreds as like here in Sangamon County.

Staake has continued to suffer from untreated and unmanaged MH ailments. Staake has continued to request and not receive MH services through the phone and jail staff to no avail.

On May 1, 2023, Staake advised officer Banks of his history and previous request. Staake then

8

asked Officer Banks multiple times to speak to a MHP regarding his MH issues and suicidal thoughts. Off. Banks repeatedly stated that he is "not doing it." On May 2, 2023, Staake again asked Officer Banks, Banks repeatedly stated, "not doing it."

Due to his untreated and unmanaged MH ailments, Staake gets about two to three hours of sleep per day. The Defendants' acts and omissions have caused Staake to regularly and unnecessarily suffer from sadness, inactivity, difficulty in thinking and concentration, feelings of dejection, chest pains, rapid heart beat, heavy breathing and hyperventilation, insomnia, daily thoughts of suicide, active self-mutilization, inability to speak clearly or for complete sentences, loss of appetite, apathy, thoughts of alienation, hopelessness, doubts of reality, irritability and hostility.

Unfortunately, Staake regularly witnesses SMI arrestees go untreated or unmanaged. It is amazing that no one has challenged these pervasive MH defficiencies especially at a class action level. The MHPs seemed to find it relieving or gratifying that someone (Staake) was going to challenge the defficiencies at a systemic level.

9

## RELIEF REQUESTED

(State what relief you want from the court.)

(a) Injunctive and Declaratory Relief

(b) Compensatory Damages of $100,000.00

(c) Punitive Damages of $250,000.00

(d) Nominal Damages of $1.00

JURY DEMAND     Yes ☒     No ☐

Signed this ~~~~ 4Th day of May, 2023.

*(Signature of Plaintiff)*

| Name of Plaintiff: Jared M. Staake | Inmate Identification Number: #137853 |
|---|---|
| Address: Sang County Det. Facility #1 Sheriff's Plaza Springfield IL 62701 | Telephone Number: |

8 / 10

Staake

D-2

Two (2)

copies

Jared M. Staake #137853
Sangamon Co. Det. Facility
#1 Sheriff's Plaza
Springfield, Illinois 62701



Springfield, IL P&DC 627
FRI 05 MAY 2023 PM

This Correspondence is
From an INMATE
At the Sangamon County Jail

Legal Mail

United States District Court
Central District of Illinois
151 U.S. Courthouse
600 East Monroe Street
Springfield, Illinois 62701

Jared M. Stoo Mog 11 Mag 4th 20 of 23